UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 18 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

In re                            :
                                 : Civil Action No. 17-1548 (UNA)
JOSEPH KINARD.                   :

## MEMORANDUM OPINION

Joseph Kinard has filed a complaint. It is not a civil action, however. Rather, Mr. Kinard alleges professional misconduct on the part of Keven E. Byrnes, a former Assistant United States Attorney. This is a matter more appropriately addressed by the Committee on Grievances. Accordingly, the Court will dismiss this civil action and refer Mr. Kinard's complaint to the Committee on Grievances. An Order is issued separately.

DATE: 8/14/17

_____
United States District Judge